UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SODEXO, INC., SODEXO OPERATIONS, LLC<br><br>               Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., CASE FOODS, INC., CASE FARMS, LLC, CASE FARMS PROCESSING, INC., NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS, INC., FOSTER FARMS, LLC, FOSTER POULTRY FARMS, HARRISON POULTRY, INC., HOUSE OF RAEFORD FARMS, INC., KEYSTONE FOODS LLC, EQUITY GROUP EUFAULA DIVISION, LLC, EQUITY GROUP KENTUCKY DIVISION LLC F/K/A CAGLE'S-KEYSTONE FOODS, L.L.C., EQUITY GROUP – GEORGIA DIVISION LLC, KOCH FOODS, INC., JCG FOODS OF ALABAMA, LLC, JCG FOODS OF GEORGIA, LLC, KOCH MEAT CO., INC., MAR-JAC POULTRY, INC., MAR-JAC POULTRY AL, LLC, MAR-JAC AL/MS, INC., MAR-JAC POULTRY MS LLC, MAR-JAC POULTRY, LLC, MAR-JAC HOLDINGS, LLC, MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS, LLC, MOUNTAIRE FARMS OF DELAWARE, INC., O.K. FOODS, INC., O.K. FARMS, INC., O.K. INDUSTRIES, INC., PERDUE FARMS, INC., PERDUE FOODS, LLC, PILGRIM'S PRIDE CORPORATION, SANDERSON FARMS, INC., SANDERSON FARMS, INC. (FOODS DIVISION), SANDERSON FARMS, INC. (PRODUCTION DIVISION), SANDERSON FARMS, INC. (PROCESSING DIVISION), SIMMONS FOODS, INC., SIMMONS PREPARED FOODS, INC., TYSON FOODS, INC., TYSON CHICKEN, INC., TYSON BREEDERS, INC., TYSON POULTRY, INC., WAYNE FARMS, LLC,<br><br>               Defendants. | Case No.: 1:21-cv-04674<br><br>**Jury Trial Demanded**<br>(Related to *In re Broiler Chicken Antitrust Litigation* – Case No. 1:16-cv-08637) |

# COMPLAINT

1. This is a civil action for monetary damages under the Sherman Act, 15 U.S.C. §§ 1–7, brought by Sodexo, Inc. and Sodexo Operations, LLC (collectively, "Plaintiffs" or "Sodexo") against several producers of broiler chicken and their co-conspirators (the "Defendants") for violation of the antitrust laws. Sodexo incorporates by reference Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF No. 4244], filed in *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) on January 29, 2021.[1]

2. Sodexo, Inc. is a Delaware corporation with its principal place of business in Gaithersburg, Maryland. Sodexo Operations, LLC's principal place of business in Maryland. Unless otherwise noted herein, the term "Sodexo" is meant to apply to Sodexo Inc. and its parents, subsidiaries, or affiliates collectively.

3. During the relevant time period, Sodexo purchased Broiler Chicken in the United States from one or more of the Defendants and/or their co-conspirators and sustained injury and damage to its business as a proximate result of the antitrust violations and other unlawful activities alleged in this complaint.

4. Sodexo brings this action on its own behalf as a direct purchaser of broiler chickens, and additionally and alternatively, as assignee of Performance Food Group, Inc.; Suisan

---

[1] Pursuant to the Court's orders in *In re Broiler Chicken Antitrust Litig.*, 1:16-cv-08637, the Direct-Action Plaintiffs filed "a consolidated complaint" [ECF Nos. 3836, 3778, 3525] containing "all the allegations the Direct-Action Plaintiffs make against all Defendants" on January 29, 2021." [ECF No. 4244]. The Court's orders did not address how DAPs seeking to file new complaints after the filing of Direct Action Plaintiffs' Consolidated Complaint and Demand for Jury Trial should proceed. In an effort to promote efficiency, Plaintiff files this abbreviated pleading that incorporates by reference and adopts the allegations set forth in Direct Action Plaintiffs' Consolidated Complaint and Demand for Jury Trial. If the Court prefers a different form or process, Plaintiff will withdraw this pleading and proceed according to the Court's direction.

Company, LTD; Ben E. Keith Company; Gordon Food Service, Inc.; and Gold Star Foods, Inc.

5. Sodexo joins Section II of Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF No. 4244], adding the following to specify Sodexo's causes of action and the Defendants and Co-Conspirators in Sodexo's action.

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed)[2] | Named-Co-Conspirators (if any)[3] | Causes of Action |
|---|---|---|---|---|
| Sodexo, Inc.; Sodexo Operations, LLC | TBD | Agri Stats; Case; Claxton; Foster Farms; Harrison; House of Raeford; Keystone Foods; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne | Amick; Fieldale; George's; Marshall Durbin; Peco | **Count I** (Sherman Act Claim for all Anticompetitive Conduct); **Count II** (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); **Count III** (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I); |

**PRAYER FOR RELIEF**

WHEREFORE, Sodexo respectfully requests that the Court:

A. Enter joint and several judgments against Defendants in favor of Sodexo;

---

[2] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of ECF 4243/ECF 4244.

[3] By virtue of previously being a member of the putative class of direct purchasers, Sodexo was also a member of the settlement classes that were certified with respect to Fieldale Farms Corporation, George's, Inc. and George's Farms, Inc., Peco Foods, Inc., and Amick Farms, LLC. While it has not named these corporations as defendants, Sodexo nonetheless has named these corporations as co-conspirators in order to describe their conduct and contributions to the unlawful conspiracy.

B. Award Sodexo damages against Defendants in a joint and several judgment for an amount to be determined at trial to the maximum extent allowed under the claims stated above as well as treble damages, any other enhancement of damages, attorneys' fees, expenses, and costs as provided by law;

C. Award Sodexo its pre- and post-judgment interest as provided by law, with such interest to be awarded as the highest legal rate;

D. Award Sodexo their attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Sodexo such other and further relief that the Court may deem just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Sodexo demands a trial by jury on all issues so triable.

Respectfully Submitted,

Dated: September 1, 2021

/s/ Ryan P. Phair
Ryan P. Phair (#479050)
Craig Y. Lee (admitted *pro hac vice*)
Christopher J. Dufek (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonak.com
craiglee@huntonak.com
cdufek@hunton.com

Timothy Fazio (*pro hac vice* to be filed)
HUNTON ANDREWS KURTH LLP
60 State Street
Boston, MA 02109
(617) 648-2745
tfazio@huntonak.com

John S. Martin (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8200
martinj@huntonak.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Attorneys for Plaintiffs Sodexo, Inc. and Sodexo Operations, LLC*

5